**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

COUNTY OF SACRAMENTO,

Plaintiff,

vs.

PHILIP MORRIS USA INC., ALTRIA GROUP, INC., R.J. REYNOLDS TOBACCO COMPANY, REYNOLDS AMERICAN INC., SANTA FE NATURAL TOBACCO COMPANY, INC., BRITISH AMERICAN TOBACCO P.L.C., ITG BRANDS, LLC, LIGGETT GROUP, LLC, LIGGETT VECTOR BRANDS LLC, PITCO TOBACCO, INC., and DOES 1 THROUGH 100,

Defendants.

Case No.: 2:26-cv-02939 CKD

**~~[PROPOSED]~~ ORDER GRANTING EXTENSION OF DEADLINES**

Having considered the parties' joint stipulation to extend deadlines, and finding good cause therefore, the Court hereby ORDERS the following:

1. Any defendant served with the Complaint shall have twenty-one (21) days following entry of an Order from this Court denying Plaintiff's Motion to Remand to answer or otherwise respond to the Complaint.

2. If this Court grants Plaintiff's Motion to Remand, any defendant served with the Complaint shall have thirty (30) days from the day the original court receives the order of remand to answer or otherwise respond to the Complaint, as permitted by California law, including California Code of Civil Procedure § 430.90.

3. If Plaintiff does not file a Motion to Remand on or before September 28, 2026, any defendant served with the Complaint shall answer or otherwise respond to the Complaint on or before October 19, 2026.

**IT IS SO ORDERED.**

Dated: September 3, 2026

Carolyn K. Delaney

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 sacr26cv2939.eot.po