# United States District Court
# Eastern District of California

County of Sacramento

Plaintiff(s)

V.

Philip Morris USA Inc., et al.

Defendant(s)

Case Number: 2:26-cv-02939-TLN-CKD

APPLICATION FOR PRO HAC VICE AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Kelly Anne Luther hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Defendants Liggett Group LLC and Liggett Vector Brands LLC n/k/a JTI Liggett LLC

On 11/28/1990 (date), I was admitted to practice and presently in good standing in the the courts of the State of Florida (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☑ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

On September 11, 2026, I filed an application in City of Fresno v. Philip Morris USA Inc., et al., Case No. 1:26-cv-06899. This motion has not been ruled on.

Date: 09/11/2026

Signature of Applicant: /s/ Kelly Anne Luther

**Pro Hac Vice Attorney**

Applicant's Name: Kelly Anne Luther

Law Firm Name: Kasowitz LLP

Address: 201 S. Biscayne Blvd.

Suite 2550

City: Miami State: FL Zip: 33131

Phone Number w/Area Code: (786) 587-1045

City and State of Residence: Hollywood, FL

Primary E-mail Address: kluther@kasowitz.com

Secondary E-mail Address: courtnotices@kasowitz.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Jason Takenouchi

Law Firm Name: Kasowitz LLP

Address: 101 California Street

Suite 3950

City: San Francisco State: CA Zip: 94111

Phone Number w/Area Code: (415) 655-4354 Bar # 234835

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: September 14, 2026

JUDGE, U.S. DISTRICT COURT