# United States District Court
# Eastern District of California

COUNTY OF SACRAMENTO

Plaintiff(s)

V.

PHILIP MORRIS USA INC., et al.

Defendant(s)

Case Number: 2:26-cv-02939-TLN-CKD

APPLICATION FOR PRO HAC VICE AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Kegan A. Brown hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Defendant ITG Brands, LLC

On 01/30/2008 (date), I was admitted to practice and presently in good standing in the State of New York (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 09/30/2026

Signature of Applicant: /s/ Kegan A. Brown

**Pro Hac Vice Attorney**

Applicant's Name: Kegan A. Brown

Law Firm Name: Lowenstein Sandler LLP

Address: 1251 Avenue of the Americas

City: New York State: NY Zip: 10020

Phone Number w/Area Code: (212) 262-6700

City and State of Residence: Metuchen, New Jersey

Primary E-mail Address: Kbrown@lowenstein.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: David E. Rosen

Law Firm Name: Murphy Rosen LLP

Address: 100 Wilshire Boulevard

Suite 1300

City: Santa Monica State: CA Zip: 90401

Phone Number w/Area Code: (310) 899-3300 Bar # 155385

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: September 30, 2026

JUDGE, U.S. DISTRICT COURT

EXCELSIOR

# Appellate Division of the Supreme Court of the State of New York Third Judicial Department

---

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Kegan A. Brown

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **January 30, 2008**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.

SUPREME COURT APPELLATE DIVISION • THIRD DEPARTMENT •

In Witness Whereof, I have hereunto set my hand in the City of Albany on September 29, 2026.

Robert D Mayberger

Clerk of the Court

CertID-00310879

**CERTIFICATE OF SERVICE - CM/ECF**

I, **LESLIE MAYTORENA**, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to this action. My business address is 100 Wilshire Boulevard, Suite 1300, Santa Monica, California 90401-1142, (310) 899-3300.

On **September 30, 2026**, I served the document described as **APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER** on the interested parties in this action by electronically filling the foregoing with the Clerk of the Court by using the CM/ECF system.

Executed on **September 30, 2026**, at Santa Monica, California.

**LESLIE MAYTORENA**