United States District Court
Eastern District of California

| | |
|---|---|
| County of Sacramento<br>Plaintiff(s)<br><br>V.<br><br>Philip Morris USA Inc., et al.<br>Defendant(s) | Case Number: 2:26-cv-02939-TLN-CKD<br><br>APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Philip A. Pfeffer hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
R.J. Reynolds Tobacco Company; Santa Fe Natural Tobacco Company

On 05/14/2001 (date), I was admitted to practice and presently in good standing in the State of New York (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☑ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)
On October 2, 2026, I filed an application in City of Fresno v. Philip Morris USA Inc., et al., Case No. 1:26-cv-06899-KES-FJS. The application has not yet been granted or denied.

Date: 10/02/2026 Signature of Applicant: /s/ Philip A. Pfeffer

**Pro Hac Vice Attorney**

Applicant's Name: Philip A. Pfeffer

Law Firm Name: Jones Day

Address: 250 Vesey Street

City: New York State: NY Zip: 10281

Phone Number w/Area Code: (212) 326-3688

City and State of Residence: New York, NY

Primary E-mail Address: ppfeffer@jonesday.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Patrick Haney

Law Firm Name: Jones Day

Address: 51 Louisiana Avenue, N.W.

City: Washington State: DC Zip: 20001

Phone Number w/Area Code: (202) 879-3720 Bar # 266399

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: October 2, 2026

JUDGE, U.S. DISTRICT COURT