# United States District Court
# Eastern District of California

COUNTY OF SACRAMENTO

Plaintiff(s)

V.

PHILIP MORRIS USA, INC., ET AL

Defendant(s)

Case Number: 2:26-CV-02939-TLN-CKD

APPLICATION FOR PRO HAC VICE AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Christopher L. Schnieders hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

County of Sacramento, Plaintiffs

On 05/11/2006 (date), I was admitted to practice and presently in good standing in the Supreme Court of Kansas (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☑ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Case No. 1:26-cv-06899-KES-FJS; City of Fresno v. Philip Morris USA, Inc., et al.
PHV filed 10/6/26 pending.

Date: 10/06/2026 Signature of Applicant: /s/ Christopher L. Schnieders

**Pro Hac Vice Attorney**

Applicant's Name: Christopher L. Schnieders

Law Firm Name: McIntyre Schnieders, LLC

Address: 6731 W. 121st St., Suite 201

City: Overland Park State: KS Zip: 66209

Phone Number w/Area Code: (913) 302-9576

City and State of Residence: Leawood, KS

Primary E-mail Address: chris@mcintyreschnieders.com

Secondary E-mail Address: chrisschnieders@gmail.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Karen Barth Menzies

Law Firm Name: Justice Law Collaborative, LLC

Address: 6701 Center Drive West

Suite 1400

City: Los Angeles State: CA Zip: 90045

Phone Number w/Area Code: (310) 363-0030 Bar # 180234

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: October 6, 2026

JUDGE, U.S. DISTRICT COURT