United States District Court
Eastern District of California

COUNTY OF SACRAMENTO

Plaintiff(s)

V.

PHILIP MORRIS USA INC., et al.

Defendant(s)

Case Number: 2:26-cv-02939-TLN-CKD

APPLICATION FOR PRO HAC VICE AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Thomas C. Pearce hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Defendant ITG Brands, LLC

On July 18, 2016 (date), I was admitted to practice and presently in good standing in the State of New York (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

City of Fresno v. Philip Morris USA Inc. et al., No. 1:26-cv-06899-KES-FJS;
applied 11/4/2026 (granted)

Date: November 4, 2026 Signature of Applicant: /s/ Thomas C. Pearce

**Pro Hac Vice Attorney**

Applicant's Name: Thomas C. Pearce

Law Firm Name: Lowenstein Sandler LLP

Address: 1251 Avenue of the Americas

City: New York State: NY Zip: 10020

Phone Number w/Area Code: (212) 262-6700

City and State of Residence: Brooklyn, New York

Primary E-mail Address: tpearce@lowenstein.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: David E. Rosen

Law Firm Name: Murphy Rosen LLP

Address: 100 Wilshire Boulevard

Suite 1300

City: Santa Monica State: CA Zip: 90401

Phone Number w/Area Code: (310) 899-3300 Bar # 155385

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: November 9, 2026

JUDGE, U.S. DISTRICT COURT